ARTHUR C. SALMON, Respondent, v. BOOTH & FLINN, LTD., Appellant.— Motion for leave to appeal to the Court of Appeals denied, but stay continued thirty days to enable appellant to apply to the Court of Appeals. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

CHARLOTTE T. SCHAAF, as Administratrix, etc., Respondent, v. FIRESTONE TIRE AND RUBBER COMPANY and Another, Appellants.— Motion for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

CHARLOTTE T. SCHAAF, as Administratrix, etc., Respondent, v. FIRESTONE TIRE AND RUBBER COMPANY and Another, Appellants.— The motion for reargument or for leave to appeal to the Court of Appeals having been this day denied (ante, p. 944), the motion to vacate the levy of the execution is also denied, without costs.    Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

CORA B. WIGHTMAN, Respondent, v. RICHARD WIGHTMAN, Appellant.— Motion denied, without costs.    Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

LeROY BRASWELL, Respondent, v. IDEELE S. BRASWELL, Appellant.— Order affirmed, without costs.    No opinion.    Mills, Rich, Blackmar, Kelly and Jaycox, JJ., concur.

MARIE U. DIXEY, Respondent, v. HENRY E. DIXEY, Appellant.    (Appeal No. 1.) — Judgment unanimously affirmed, with costs.    No opinion. Present — Mills, Rich, Putnam, Blackmar and Kelly, JJ.

GEORGE L. FILEMAN and ALEXANDER PEARSON, Appellants, v. JOHN J. MOONEY, Respondent.— Judgment reversed and new trial granted, with costs to abide the event, on the ground that a cause of action was proven by the plaintiffs which should have been submitted to the jury.    It was held upon the former appeal that plaintiffs might disaffirm the contract and seek to recover the sums paid on the contract.    [184 App. Div. 535.] This is precisely what they sought to do.    Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ., concur.

ROSA GORDON, Appellant, v. ISRAEL EBNER, Respondent.— Order affirmed, with ten dollars costs and disbursements.    No opinion.    Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ., concur.

In the Matter of the Petition of EARL L. COLOPY, Appellant, v. CAROLINE V. COLOPY, Respondent, to Have Awarded to Him the Custody of VIRGINIA C. COLOPY, an Infant.— Order modified so as to give the general custody of the child to the mother, but to provide that, on condition of petitioner's paying to her the sum of five dollars per week toward the support of the child, he be allowed to visit the child at the mother's home, and to take it out with him at reasonable times; and as so modified affirmed, without costs.    No opinion.    Mills, Rich, Putnam, Blackmar and Kelly, JJ., concur. Settle order on notice.

GEORGE S. KRIEGER, Respondent, v. JOSEF FRENKEL and Others, Appellants.— Order refusing to vacate defendants' examination affirmed, with ten dollars costs and disbursements.    No opinion.    Mills, Rich, Putnam, Blackmar and Kelly, JJ., concur.